EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Wendy Lind Casado | 2005 TSPR 61 <br><br> 163 DPR _____ |

Número del Caso: AB-2004-0245

Fecha: 4 de mayo de 2005

Abogado de la Peticionaria:

                    Por derecho propio

Colegio de Abogados de Puerto Rico:

                    Lcdo. Antonio Arraiza Miranda
                    Presidente de la Comisión de Ética

Materia: Reinstalación al ejercicio de la abogacía y la
        notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Wendy Lind Casado                AB-2004-245    Queja


RESOLUCIÓN


San Juan, Puerto Rico, a 4 de mayo de 2005.


La abogada de epígrafe fue suspendida del ejercicio de la profesión el pasado 8 de abril    de 2005. La conducta que motivó esa sanción fue su incumplimiento con nuestra Resolución de 17 de noviembre de 2004, en que le concedimos término para contestar una queja presentada ante la Comisión de Ética del Colegio de Abogados y, además, comparecer ante este Tribunal a exponer las razones por las cuales no debía ser disciplinada por su inatención a los requerimientos del Colegio de Abogados.

El pasado 21 de abril de 2005, tanto Wendy Lind Casado como el Colegio de Abogados comparecieron ante nos con sendas mociones informativas. Expresaron que luego que emitiéramos la Resolución del 17 de noviembre de 2004, la abogada había contestado oportunamente a la Comisión de Ética la queja presentada y que posteriormente ésta había sido archivada. Además, el Colegio de Abogados adujo que por inadvertencia no se nos había notificado anteriormente dicho trámite.

Acogida la moción informativa de la abogada suspendida como una de reconsideración, proveímos

no ha lugar porque según constaba en nuestra Resolución de 17 de noviembre de 2004, Wendy Lind Casado venía obligada a contestar la queja ante el Colegio de Abogados y comparecer ante este Tribunal. Aun cuando contestó la queja según le ordenamos, incumplió con nuestra orden de comparecer ante este foro.

El 27 de abril de 2005 la abogada suspendida presentó una segunda moción de reconsideración. En ella aceptó su incumplimiento con nuestra Resolución de 17 de noviembre de 2004 y expresó que su comportamiento fue el resultado de la confusión y la inexperiencia, puesto que creyó que con contestar los requerimientos del Colegio de Abogados cumplía cabalmente con nuestra Resolución.

En atención a lo anterior, se concede la solicitud de Wendy Lind Casado y se ordena su reinstalación a la abogacía y a la notaría, con el apercibimiento de que en el futuro sea más cuidadosa en el cumplimiento de nuestras órdenes.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo